UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>JAMEEL CLARK-WHITE,<br><br>Defendant | Criminal No. 25cr10370<br><br>Violations:<br><br><u>Count One</u>: Felon in Possession of Firearm and Ammunition<br>(18 U.S.C. § 922(g)(1))<br><br><u>Count Two</u>: Possession of a Firearm in a School Zone<br>(18 U.S.C. § 922(q))<br><br><u>Firearm Forfeiture Allegation</u>:<br>(18 U.S.C. § 924(d)(1) and 28 U.S.C. § 2461(c)) |

<u>INDICTMENT</u>

<u>COUNT ONE</u>
Felon in Possession of Firearm and Ammunition
(18 U.S.C. § 922(g)(1))

The Grand Jury charges:

On or about June 12, 2025, in Foxborough, in the District of Massachusetts, the defendant,

JAMEEL CLARK-WHITE,

knowing that he was previously convicted in a court of a crime punishable by imprisonment for a term exceeding one year, did knowingly possess, in and affecting commerce, a firearm and ammunition, that is, a .45 caliber Glock 41 pistol bearing serial number YSP642, and 49 rounds of .45 caliber ammunition.

All in violation of Title 18, United States Code, Section 922(g)(1).

## COUNT TWO
Possession of a Firearm in a School Zone
(18 U.S.C. § 922(q))

The Grand Jury further charges:

On or about June 12, 2025, in Foxborough, in the District of Massachusetts, the defendant,

JAMEEL CLARK-WHITE,

did possess a firearm, to wit: a .45 caliber Glock 41 pistol bearing serial number YSP642, in and affecting commerce, on the grounds and within 1,000 feet of the grounds of the Charles G. Taylor Elementary School, a place that the defendant knew and had reasonable cause to believe was a school zone.

All in violation of Title 18, United States Code, Sections 922(q)(2)(A) and 924(a)(4).

## FIREARM FORFEITURE ALLEGATION
## (18 U.S.C. § 924(d)(1) and 28 U.S.C. § 2461(c))

The Grand Jury further finds:

3. Upon conviction of one or more of the offenses in violation of Title 18, United States Code, Section 922, set forth in Counts One and Two, the defendant,

### JAMEEL CLARK-WHITE,

shall forfeit to the United States, pursuant to Title 18, United States Code, Section 924(d)(1), and Title 28, United States Code, Section 2461(c), any firearm or ammunition involved in or used in any knowing commission of the offenses. The property to be forfeited includes, but is not limited to, the following:

    a. one .45 caliber Glock 41 pistol bearing serial number YSP642;

    b. two 13-round Glock magazines;

    c. one 30-round KRISS magazine; and

    d. forty-nine rounds of .45 caliber ammunition.

4. If any of the property described in Paragraph 3, above, as being forfeitable pursuant to Title 18, United States Code, Section 924(d)(1), and Title 28, United States Code, Section 2461(c), as a result of any act or omission of the defendant -

    a. cannot be located upon the exercise of due diligence;

    b. has been transferred or sold to, or deposited with, a third party;

    c. has been placed beyond the jurisdiction of the Court;

    d. has been substantially diminished in value; or

    e. has been commingled with other property which cannot be divided without difficulty;

it is the intention of the United States, pursuant to Title 28, United States Code, Section 2461(c), incorporating Title 21, United States Code, Section 853(p), to seek forfeiture of any other property of the defendant up to the value of the property described in Paragraph 3 above.

All pursuant to Title 18, United States Code, Section 924, and Title 28, United States Code, Section 2461.

A TRUE BILL

/FOREPERSON

DAVID CUTSHALL
ASSISTANT UNITED STATES ATTORNEY
DISTRICT OF MASSACHUSETTS

District of Massachusetts: SEPTEMBER 16, 2025

Returned into the District Court by the Grand Jurors and filed.

Aaron Hutchins
DEPUTY CLERK