# Criminal Case Cover Sheet
**U.S. District Court - District of Massachusetts**

**Place of Offense:** MA  **Category No.** II  **Investigating Agency** ATF
**City:** Foxborough
**County:** Norfolk

**Related Case Information:**
Superseding Ind./ Inf. _____  Case No. _____
Same Defendant _____  New Defendant _____
Magistrate Judge Case Number _____
Search Warrant Case Number 25-1311-DLC to 25-1314-DLC
R 20/R 40 from District of _____

Is this case related to an existing criminal action pursuant to Rule 40.1(h)? If yes, case number _____  ☐ Yes  ☑ No

## Defendant Information:
**Defendant Name:** Jameel Clark-White  Juvenile: ☐ Yes ☑ No
Is this person an attorney and/or a member of any state/federal bar: ☐ Yes ☑ No
**Alias Name:**
**Address:** 31 Babbitt St. New Bedford MA
**Birth date (Yr only):** 1993  **SSN (last 4#):** 4033  **Sex:** M  **Race:** ___  **Nationality:** ___
**Defense Counsel if known:** Paul L. Carlucci  **Address:** 33 Dean Ave.
**Bar Number:** 551256  Franklin MA 02038

## U.S. Attorney Information
**AUSA:** David Cutshall  **Bar Number if applicable:** 684891

**Interpreter:** ☐ Yes ☑ No  List language and/or dialect: _____
**Victims:** ☐ Yes ☑ No  If yes, are there multiple crime victims under 18 USC§3771(d)(2) ☐ Yes ☐ No
**Matter to be SEALED:** ☐ Yes ☑ No

☑ Warrant Requested  ☐ Regular Process  ☑ In Custody
**Location Status:** Middlesex HOC
**Arrest Date:** 7/22/25

☐ Already in Federal Custody as of _____ in _____
☑ Already in State Custody at Middlesex HOC  ☐ Serving Sentence  ☑ Awaiting Trial
☐ On Pretrial Release:  Ordered by: _____ on _____

**Charging Document:** ☐ Complaint  ☐ Information  ☑ Indictment
**Total # of Counts:** ☐ Petty ___  ☐ Misdemeanor ___  ☑ Felony Two

Continue on Page 2 for Entry of U.S.C. Citations

☑ I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are accurately set forth above.

**Date:** 9/16/2025  **Signature of AUSA:** *David Cutshall*

**District Court Case Number**  (To be filled in by deputy clerk): _____

**Name of Defendant**  Jameel Clark-White

**U.S.C. Citations**

| | Index Key/Code | Description of Offense Charged | Count Numbers |
|---|---|---|---|
| Set 1 | 18 USC 922(g)(1) | Felon in Possession of Firearm/Ammo | 1 |
| Set 2 | 18 USC 922(q) | Possession of Firearm in School Zone | 2 |
| Set 3 | | | |
| Set 4 | | | |
| Set 5 | | | |
| Set 6 | | | |
| Set 7 | | | |
| Set 8 | | | |
| Set 9 | | | |
| Set 10 | | | |
| Set 11 | | | |
| Set 12 | | | |
| Set 13 | | | |
| Set 14 | | | |
| Set 15 | | | |

**ADDITIONAL INFORMATION:**