UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | Criminal No: 25-cr-10370-AK |
| | ) | |
| JAMEEL CLARK-WHITE, | ) | |
| Defendant. | ) | |

**JOINT STATUS REPORT**

Pursuant to Local Rule 116.5(a), the parties hereby file the following status report prepared in connection with the initial status conference scheduled for October 30, 2025.

(1)   Automatic Discovery/Pending Discovery Requests

On October 16, 2025, the government produced initial automatic discovery to the defendant, which included items Bates-stamped USAO_000001 to USAO_001401, as well as a digital storage device containing additional digital evidence. The defendant is reviewing the discovery materials and will decide whether to make any discovery requests.

(2)   Additional Discovery

The government is awaiting certifications for laboratory testing and will promptly provide the same to the defendant upon receipt. The government will also produce Foxborough Police body camera video as soon as it can either be redacted to exclude civilian witnesses' personal identifying information, or upon execution of an appropriate protective order.

(3)   Timing of Additional Discovery Requests

The defendant is reviewing the discovery provided by the government and will report on this issue at the next status conference. All parties recognize that their discovery obligations are ongoing.

(4)   Protective Orders

Please see paragraph 2, above.

(5)   Pretrial Motions

The parties are actively discussing a potential change of plea in this case, which would obviate the need for any pretrial motions. If pretrial motions will be filed, the parties will propose a schedule at the next status conference.

(6)  Expert Disclosures

The government agrees to provide any expert witness disclosures at least 21 days prior to trial. The defendant agrees to provide any expert witness disclosures at least 14 days prior to trial.

(7)  Speedy Trial Act

All time has been excluded from the defendant's initial appearance/arraignment through the date of the initial status conference scheduled for October 30, 2025. The parties request that the time be further excluded through the date of the interim status conference.

(8)  Next Status Conference

In light of the above information, the parties respectfully request that the Court cancel the initial status conference scheduled for October 30, 2025 and schedule an interim status conference in approximately 30 days, or a time thereafter that is convenient for the Court.

Respectfully submitted,

LEAH B. FOLEY
United States Attorney

*/s/ Joshua Hanye*_____              By:   */s/ David Cutshall*_____
Attorney for Jameel Clark-White          Assistant U.S. Attorney

Dated: October 23, 2025

**CERTIFICATE OF SERVICE**

      The government hereby certifies that the foregoing was this day filed through the ECF system and will be sent electronically to the registered participants as identified on the Notice of Electronic Filing ("NEF").

                                                                    */s/ David Cutshall*_____
                                                                    Assistant U.S. Attorney

Dated: October 23, 2025